# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL URENA,<br><br>Defendants. | Case No.  22CR1424-RBM<br><br>**ORDER CONTINUING MOTION HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Hon. Ruth Bermudez Montenegro |

Upon the joint request of the parties, good cause appearing thereof, IT IS HEREBY ORDERED that:

1. The motion hearing in this matter is continued from September 30, 2022 to October 28, 2022 at 9:00 a.m.;
2. Time shall be excluded under the Speedy Trial Act under 18 U.S.C. §§ 3161, (h)(1)(D), and (h)(7)(A) from today to October 28, 2022 based upon the following findings:
    a. There are unresolved motions pending;
    b. A denial of the joint request for the continuance would deny counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

      c. The ends of justice served by granting the parties' continuance request outweigh the best interest of the public and Defendants in a speedy trial

IT IS SO ORDERED.

September __28__, 2022  _____
Hon. RUTH BERMUDEZ MONTENEGRO
United States District Court